# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

06-mj 198

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. P0619119

Dave Halla

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY       STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____      _____
                                    DEFENDANT'S SIGNATURE

2 days custody w/ credit for 2 days served

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ __240.00__ and a penalty assessment of $ __10.00__ for a TOTAL AMOUNT OF: $ __250.00__ within _____ days/months; or payments of $ __50.00__ per month, commencing __Jan 1, 07__ and due on the __1st__ of each month until paid in full.
( ) Restitution: _____
( )   Community Service _____ with fees not to exceed $ _____
      completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to:  Clerk, USDC and mailed to (circle one):

USDC                             CLERK, USDC                 CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)   1130 O STREET, RM 5000      501 "I" STREET
POST OFFICE BOX 740026           FRESNO, CA 93721            SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: __11-21-06__      _____W. M. Wunderlich_____
                        U.S. MAGISTRATE JUDGE

Clerk's Office

EDCA-3